[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13642
Non-Argument Calendar

_____

D.C. Docket No. 5:94-cr-05004-LC-MD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALPHONSE GAINER,
a.k.a. Daddy Black,
a.k.a. Phillip L. Black,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 27, 2021)

Before JORDAN, GRANT and LUCK, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Alphonse Gainer in this appeal of the denial of a federal prisoner's motion for sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 522 ("First Step Act"), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Gainer's motion for a sentence reduction pursuant to the First Step Act is **AFFIRMED**.